# Western District of Texas, Texas
655 E. DURANGO BLVD RM G-65 SAN ANTONIO TX 78206

## CASE #: 5:16-CV-00748

**DEREK DOMORAD, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED**

*Plaintiff*
**vs**
**AMD ENERGY SERVICES LLC, MAYRA DEHOYOS, STAN BATES AND FLW-AMD, LLC**

*Defendant*

### AFFIDAVIT OF SERVICE

I, **CHARLES N LAMBRECHT**, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to this action, nor interested in outcome of the suit.  That I received the documents stated below on 07/27/16 7:39 am, instructing for same to be delivered upon Bates, Stan.

| | |
|---|---|
| That I delivered to | : Bates, Stan. By Delivering to Bates, Stan, authorized to accept |
| the following | : SUMMONS; ORIGINAL COLLECTIVE ACTION COMPLAINT; CONSENT TO JOIN WAGE CLAIM; CIVIL COVER SHEET |
| at this address | : 22800 BULVERDE RD APT 3507 SAN ANTONIO, Bexar County, TX 78261 |
| Manner of Delivery | : by PERSONALLY delivering the document(s) to the person above. |
| Delivered on | : SEP 12, 2016 6:51 pm |

My name is CHARLES N LAMBRECHT, my date of birth is JUN 14th, 1954, and my address is Professional Civil Process, San Antonio, Paso Uno, Inc., 830 N.E. Loop 410,Ste-209, San Antonio TX 78209, and U.S.A.  I declare under penalty of perjury that the foregoing is true and correct.

Executed in Bexar County, State of Texas, on the _____ 12 _____ day of
___Saturmber___, 20 16.

_____
CHARLES N LAMBRECHT                    Declarant
620

Texas Certification#: SCH-762 Exp. 09/30/17

Private Process Server
Professional Civil Process Of Texas, Inc        PCP Inv#: S16700203
103 Vista View Trail Spicewood TX 78669         SO  Inv#: A16702930
(512) 477-3500

+ Service Fee: 255.00
Witness Fee:    .00
Mileage Fee:    .00

tomcat                                          Alexander, Clif
                                                **RETURN TO CLIENT**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Western District of Texas   ☑

| | |
|---|---|
| DEREK DOMORAD, Individually and on behalf of all others similarly situated<br><br>_____<br>_Plaintiff(s)_<br>v.<br>AMD ENERGY SERVICES, LLC, MAYRA DEHOYOS, STAN BATES AND FLW-AMD, LLC<br><br>_____<br>_Defendant(s)_ | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 5:16-cv-00748<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Stan Bates
17319 San Pedro, Suite 140
San Antonio, Texas 78232


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Clif Alexander
ANDERSON2X, PLLC
819 N. Upper Broadway
Corpus Christi, Texas 78401


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


CLERK OF COURT

Date:  JUL 2 5 2016   _____

JEANNETTE J. CLACK
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:16-cv-00748

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: